UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOAQUIN MARTINEZ,

      Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF REHABILITATION AND CORRECTIONS,

      Defendant.

Case No. 25-cv-09891-WHO (PR)

**ORDER OF DISMISSAL**

**INTRODUCTION**

Plaintiff Joaquin Martinez's 42 U.S.C. § 1983 complaint presents irrational and wholly incredible allegations, such as achieving higher states that lead to an incomprehensible AI reality. His allegations are now before me for review pursuant to 28 U.S.C. §§ 1915 and 1915A(a).

Because the complaint's allegations are irrational and wholly incredible, this federal civil rights action is DISMISSED WITH PREJUDICE as frivolous under sections 1915A and 1915(e)(2).

**DISCUSSION**

**A.    Standard of Review**

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. *See* 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune

from such relief. *See id.* § 1915A(b)(1), (2). Pro se pleadings must be liberally construed. *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1988).

A "complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* (quoting *Twombly*, 550 U.S. at 556). Furthermore, a court "is not required to accept legal conclusions cast in the form of factual allegations if those conclusions cannot reasonably be drawn from the facts alleged." *Clegg v. Cult Awareness Network*, 18 F.3d 752, 754–55 (9th Cir. 1994).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. *See West v. Atkins*, 487 U.S. 42, 48 (1988).

**B.      Legal Claims**

Martinez's complaint presents irrational and wholly incredible allegations. For example, he contends he has "a claim of a so called a soul exercises or of how to know higher worlds that brings me to a AI reality that don't add up." (Compl., Dkt. No. 9 at 2.) He complains of "being put in a brain washing process" and being used as a "lab mouse." (*Id.* at 3, 4.) He requests as relief "full disclosures of all data all # all codes all names address and all stakeholders." (*Id.* at 3.) Much of the complaint is difficult to understand.

The complaint will be dismissed with prejudice because the allegations are irrational and wholly incredible. Sections 1915A and 1915(e)(2) give judges the unusual power to pierce the veil of the complaint's factual allegations and dismiss as frivolous those claims whose factual contentions are clearly baseless. *See Denton v. Hernandez*, 504 U.S. 25, 32 (1992). Examples include claims describing fantastic or delusional scenarios. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989). To pierce the veil of the complaint's

United States District Court
Northern District of California

2

United States District Court
Northern District of California

factual allegations means that a court is not bound, as it usually is when making a determination based solely on the pleadings, to accept without question the truth of the plaintiff's allegations. *See Denton*, 504 U.S. at 32. A finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them. *See id.* at 32-33.

The allegations are largely incomprehensible and refer to achieving higher worlds, leading to an AI reality. These allegations are baseless, irrational and wholly incredible. The complaint is DISMISSED WITH PREJUDICE as frivolous under sections 1915A and 1915(e)(2).

**CONCLUSION**

This federal civil rights action is DISMISSED WITH PREJUDICE as frivolous under sections 1915A and 1915(e)(2) because the complaint's allegations are irrational and wholly incredible.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 29, 2026



WILLIAM H. ORRICK
United States District Judge